IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENITO MORALES,

      Plaintiff,                      No. CIV S-11-0380 EFB (TEMP) P

    vs.

RADEMAKER, et al.,              ORDER FOR PAYMENT

      Defendants.              OF INMATE FILING FEE

_____/

To: The Sheriff of Yolo County, Attention: Inmate Trust Account, 41793 Gibson Road, Woodland, California 95776:

      Plaintiff, a county jail inmate proceeding without counsel and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Sheriff of Yolo County is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

////

////

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2    1. The Sheriff of Yolo County or a designee shall collect from plaintiff's inmate trust
3 account the $ 350.00 balance of the filing fee by collecting monthly payments from plaintiff's
4 inmate trust account in an amount equal to twenty percent (20%) of the preceding month's
5 income credited to the inmate's trust account and forwarding payments to the Clerk of the Court
6 each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).
7 The payments shall be clearly identified by the name and number assigned to this action.

8    2. The Clerk of the Court is directed to serve a copy of this order and a copy of
9 plaintiff's signed in forma pauperis affidavit on Sheriff of Yolo County, Attention:  Inmate Trust
10 Account, 41793 Gibson Road, Woodland, California 95776.

11    3. The Clerk of the Court is directed to serve a copy of this order on the Financial
12 Department of the court.

13 DATED: June 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE